UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JODI JONES,<br><br>        Plainfiff,<br><br>v.<br><br>BANK OF THE WEST, IDAHO CENTRAL CREDIT UNION, ONEWEST BANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | **REASSIGNMENT ORDER**<br><br>**2:15-cv-01929-RFB-VCF** |
| JODI JONES,<br><br>        Plainfiff,<br><br>v.<br><br>BANK OF THE WEST, IDAHO CENTRAL CREDIT UNION, ONEWEST BANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | **2:15-cv-01930-APG-NJK** |

The parties in the two (2) above-captioned cases filed a Notice of Related Cases (ECF no. 19, case no. 2:15-cv-01929-RFB-VCF and ECF no. 31, case no. 2:15-cv-01930-APG-NJK). The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to transfer them to one District Judge and one Magistrate Judge. Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

**ORDER**

Therefore,

**IT IS HEREBY ORDERED** that the following case no. 2:15-cv-01930-APG-NJK is to be **REASSIGNED** to District Judge Richard F. Boulware, II, and Magistrate Judge Cam Ferenbach for all further proceedings.

**IT IS FURTHER ORDERED** that all documents hereafter filed in the above case shall bear the case no. **2:15-cv-01930-RFB-VCF** with District Judge Richard F. Boulware, II, **(RFB)** and Magistrate Judge Cam Ferenbach.**(VCF)**, as assigned judges.

**DATED**: April 4, 2016.

_____          _____
**RICHARD F. BOULWARE, II**          **ANDREW P. GORDON**
United States District Judge         United States District Judge