RICHARD F. HOLLEY, ESQ. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
ANDREA M. GANDARA, ESQ. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Bank of the West*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JODI J. JONES,<br><br>            Plaintiff,<br><br>     v.<br><br>BANK OF THE WEST, IDAHO CENTRAL CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>            Defendants. | CASE NO.: 2:15-cv-01929-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41, Defendant BANK OF THE WEST ("Defendant" or "BOTW"), and Plaintiff JODI J. JONES (the "Plaintiff") (individually Defendant or Plaintiff is a "Party", and collectively Defendant and Plaintiff are the "Parties"), by and through their respective undersigned counsel, hereby submit this Stipulation and Order of Dismissal With Prejudice.

IT IS HEREBY STIPULATED AND AGREED that all of Plaintiff's claims that have been asserted or could have been asserted against BOTW in this action shall be dismissed with prejudice.

1   IT IS FURTHER STIPULATED AND AGREED that each Party shall bear her/its own attorney fees and costs.

3   IT IS FURTHER STIPULATED AND AGREED that no Party shall be deemed a "prevailing party" within the meaning of FED. R. CIV. P. 54 or LR 54-1.

Dated this 29th day of August, 2016.

**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**

 /s/ Andrea M. Gandara
RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
ANDREA M. GANDARA, ESQ.
Nevada Bar No. 12580
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Bank of the West*

**KAZEROUNI LAW GROUP, APC**

 /s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
7854 West Sahara Avenue
Las Vegas, Nevada 89117

**HAINES & KRIEGER, LLC**

 /s/ David Krieger
David Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED:  September 5, 2016.


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___29th___ day of August, 2016, I electronically filed the **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

_____
An Employee of HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

07296-28/1753298